**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELODY IDELIA ONWILER, | No.  2:26-cv-0381-DMC |
| Plaintiff, | |
| v. | ORDER |
| REDDING COLT 45s BASEBALL, INC., | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed with prejudice on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  June 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1